# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              NO. 4:09CR00300-003

CLORISSA JANICE MCKINZIE

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the case number listed on the Judgment and Commitment (doc #66) as to the above-named defendant should be amended to reflect the correct defendant number and should include additional conditions of probation.

IT IS SO ORDERED that the Judgment and Commitment be amended to reflect *4:09CR00300-003*, and the following shall be added to the conditions of probation:

> The defendant shall participate in educational and vocational training under the supervision and guidance of the U. S. Probation Office.

> The defendant shall participate in financial counseling under the supervision and guidance of the U. S. Probation Office.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 4th day of June 2010.

/s/Susan Webber Wright

United States District Judge